# EXHIBIT E

DIY Form

F.C.A. §§ 413-1, 424-a; Art. 5-B
D.R.L. §§ 236-B, 240

Form 4-17a
9/2021

## Financial Disclosure Affidavit (short form)
Income and Expenses Statement

> You must bring this form to court. This form is used to give the court information about your financial situation. Fill it out before you come in on your next court date.
>
> Bring this form and a copy of:
> - Your two (2) most recent pay stubs
> - Your most recent tax returns, federal and state
> - Your W-2s and/or 1099 statements
> - Bring all documents to prove the amount of other income and/or debt and loans
> - Proof of health insurance coverage and cost
> - Proof of public assistance

STATE OF __NEW YORK__ )
) ss.:
COUNTY OF __ORANGE__ )

File #: __78165__
Docket #: __F-00124-24/24 A__
Court Date, Time, and Part: __MAY 23, 2024  1:30 PM  PART 5__

I, **Neal Serringer**, being duly sworn, depose and say that the following is an accurate statement of my income, my assets, my expenses, and my liabilities:

**Income:** Are you self-employed? ☐ Yes ☒ No
Employer: __WARRINER SMITH__   Hours worked per week: __40__
Address: __1073 ROUTE 94 STE 22__
Gross income (all jobs): $ __60,302.00__ per __YEAR__
Take home income (all jobs): $ __45,576.86__ per __YEAR__   (45,576.86)

**Other income.** (Public assistance, SNAP, rent, tips, unemployment insurance benefits, Workers' Compensation, Social Security Disability (SSD), Supplemental Security Income (SSI), pensions and retirement benefits, fellowships/stipends/annuities, investment income, etc.)

$ __0__ per _____ from _____
$ _____ per _____ from _____
$ _____ per _____ from _____

**How many people are in your household?** Me + __0__ others
Income from other household members: $ __0__ per _____

**Are you paying additional child support orders?** ☐ Yes (Attach copies of all support orders) ☒ No
How much? $ _____ To whom? _____

DIY / Financial Disclosure Affidavit (Short Form)   Page 1 of 3
Made using the NYS Courts FREE DIY Forms

DIY Form

**Loans and Debt.** (Include additional page of other loans and debt, if needed.)
- Owed to: __DAVID APPELBAUM__     For: __LOAN__
  Balance: $_____     Payment: $__112.00__   ☐ monthly ☒ weekly
- Owed to: _____     For: _____
  Balance: $_____     Payment: $_____   ☐ monthly ☐ weekly

---

**STOP!** Take this document to a Notary Public BEFORE signing it.

---

I swear that the above information is true and correct as of (date) _____.

_[signature]_
Neal Serringer, Petitioner

Sworn to before me on __March 12, 2024__
_[signature]_
Notary Public / (Deputy) Clerk of the Court

```
LAUREN WEST
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WE6238253
Qualified in Orange County
Commission Expires : April 4, 2027
```

SEQ 000263

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / XJB 24335967 | 01/ | 50424 | 1 of 1 |

Warriner Smith Inc
1073 State Route 94 Ste 22
New Windsor, NY 12553

# Earnings Statement

ADP

Period Starting: 01/26/2024
Period Ending: 02/01/2024
Pay Date: 02/02/2024

Business Phone: 845-568-0900

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 0         Federal:
  State: 0           State:
  Local: 0           Local:
Social Security Number: XXX-XX-XXXX

Neal Serringer
22 Reiheimer Rd
Monroe, NY 10950

**Earnings**

| | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 40.00 | 1120.00 | 5376.00 |
| **Gross Pay** | | | **$1,120.00** | **$5,376.00** |

**Statutory Deductions**

| | this period | year to date |
|---|---|---|
| Federal Income | -125.88 | 592.73 |
| Social Security | -69.44 | 333.31 |
| Medicare | -16.24 | 77.95 |
| New York State Income | -50.61 | 240.73 |
| New York Paid Family Leave | -4.18 | 20.06 |

**Voluntary Deductions**

| | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.00 |
| Wage assignment 1 | -112.00 | 112.00 |

| **Net Pay** | | **$741.05** |

**Other Benefits and Information**

| | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 1.08 | 5.16 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 5.16 |
| Total Hours Worked | 40.00 | 192.00 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,120.00

© 1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

SEQ 000372

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / XJB 24335967 | 01/ | 50425 | 1 of 1 |

Warriner Smith Inc
1073 State Route 94 Ste 22
New Windsor, NY 12553

# Earnings Statement

**ADP**

Period Starting: 02/02/2024
Period Ending: 02/08/2024
Pay Date: 02/09/2024

Business Phone: 845-568-0900

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 0        Federal:
  State: 0          State:
  Local: 0          Local:
Social Security Number: XXX-XX-XXXX

Neal Serringer
22 Reiheimer Rd
Monroe, NY 10950

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 40.00 | 1120.00 | 6496.00 |
| **Gross Pay** | | | **$1,120.00** | **$6,496.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -125.88 | 718.61 |
| Social Security | -69.44 | 402.75 |
| Medicare | -16.24 | 94.19 |
| New York State Income | -50.61 | 291.34 |
| New York Paid Family Leave | -4.18 | 24.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.60 |
| Wage assignment 1 | -112.00 | 224.00 |

**Net Pay**  $741.05

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 1.08 | 6.24 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 6.24 |
| Total Hours Worked | 40.00 | 232.00 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,120.00

© 1998, 2006. ADP, Inc.  All Rights Reserved.

# Form 1040 — U.S. Individual Income Tax Return (2023)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20 ___   See separate instructions.

**Your first name and middle initial:** Neal W
**Last name:** Serringer
**Your social security number:** ___-__-5181

**If joint return, spouse's first name and middle initial:** 
**Last name:** 
**Spouse's social security number:** 

**Home address (number and street):** 22 Reinheimer Rd
**Apt. no.:** 
**City, town, or post office:** Monroe   **State:** NY   **ZIP code:** 109503646

**Presidential Election Campaign:** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You  ☐ Spouse

**Filing Status** (Check only one box.)
☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets:** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959  ☐ Are blind   Spouse: ☐ Was born before January 2, 1959  ☐ Is blind

**Dependents** (see instructions): (none listed)

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 | 60,302. |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income | 0. |
| 1i | Nontaxable combat pay election | |
| 1z | Add lines 1a through 1h | 60,302. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 6c | Lump-sum election method checkbox | ☐ |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | |
| 8 | Additional income from Schedule 1, line 10 | 0. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 60,302. |
| 10 | Adjustments to income from Schedule 1, line 26 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 60,302. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 13,850. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12 and 13 | 13,850. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 46,452. |

**Standard Deduction for—**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2023)

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ _____ | 16 | 5,532. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 5,532. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 5,532. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 5,532. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | 25a | 7,377. |
| | b | Form(s) 1099 | 25b | |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | 7,377. |
| | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
| If you have a qualifying child, attach Sch. EIC. | 27 | Earned income credit (EIC) . . . . . . . . . . . No | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 7,377. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 1,845. |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | 1,845. |
| Direct deposit? See instructions. | b | Routing number X X X X X X X X   **c** Type: ☐ Checking  ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** . . . 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) . . . . . . . . . . 38 | | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . . | ☐ **Yes.** Complete below.  ☒ **No** |
| | Designee's name | Phone no.   Personal identification number (PIN) |

| | |
|---|---|
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Plumber | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. (914)466-5031 | | Email address | |

| **Paid Preparer Use Only** | Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  Self-Prepared | | | Phone no. | |
| | Firm's address | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   **BAA**   REV 01/27/24 Intuit.cg.cfp.sp   Form **1040** (2023)



REV 01/17/24 INTUIT.CG.CFP.SP

Department of Taxation and Finance

# Resident Income Tax Return
**New York State • New York City • Yonkers • MCTMT**

**IT-201**

For the full year January 1, 2023, through December 31, 2023, or fiscal year beginning ... **23**

and ending ...

**For help completing your return, see the instructions, Form IT-201-I.**

| Your first name | MI | Your last name (for a joint return, enter spouse's name on line below) | Your date of birth (mmddyyyy) | Your Social Security number |
|---|---|---|---|---|
| NEAL | W | SERRINGER | 12021971 | ████5181 |

| Spouse's first name | MI | Spouse's last name | Spouse's date of birth (mmddyyyy) | Spouse's Social Security number |
|---|---|---|---|---|
| | | | | |

| Mailing address (see instructions) (number and street or PO Box) | Apartment number | New York State county of residence |
|---|---|---|
| 22 REINHEIMER RD | | ORANGE |

| City, village, or post office | State | ZIP code | Country | School district name |
|---|---|---|---|---|
| MONROE | NY | 109503646 | UNITED STATES | MONROE-WOODBURY |

| Taxpayer's permanent home address (see instructions) (number and street or rural route) | Apartment number | School district code number |
|---|---|---|
| | | 403 |

| City, village, or post office | State | ZIP code | Decedent information | Taxpayer's date of death (mmddyyyy) | Spouse's date of death (mmddyyyy) |
|---|---|---|---|---|---|
| | NY | | | | |

**A Filing status** (mark an **X** in one box):
- ① [X] Single
- ② [ ] Married filing joint return (enter spouse's Social Security number above)
- ③ [ ] Married filing separate return (enter spouse's Social Security number above)
- ④ [ ] Head of household (with qualifying person)
- ⑤ [ ] Qualifying surviving spouse

**B** Did you itemize your deductions on your 2023 federal income tax return? ............ Yes [ ]  No [X]

**C** Can you be claimed as a dependent on another taxpayer's federal return? ............ Yes [ ]  No [X]

**D1** Did you have a financial account located in a foreign country? ............................ Yes [ ]  No [X]

**D2** (1) Did you or your spouse **maintain living quarters in Yonkers** for any part of 2023? ... Yes [ ]  No [X]
If Yes:
(2) Number of months **you** lived in Yonkers in 2023 ...........
(3) Number of months **your spouse** lived in Yonkers in 2023
If No:
(4) Did you or your spouse work in Yonkers while not living in Yonkers for any part of 2023 ....... Yes [ ]  No [X]

**E** (1) Did you or your spouse **maintain living quarters in NYC** (this includes the Bronx, Brooklyn, Manhattan, Queens, and Staten Island) during 2023? .......... Yes [ ]  No [X]
(2) Enter the number of days spent in NYC in 2023 *(any part of a day spent in NYC is considered a day)*........

**F NYC residents and NYC part-year residents only**:
(1) Number of months **you** lived in NYC in 2023 ................
(2) Number of months **your spouse** lived in NYC in 2023 .....

**G** Enter your **2-character special condition code(s)** if applicable ...........................................

**H Dependent information**

| First name | MI | Last name | Relationship | Social Security number | Date of birth (mmddyyyy) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

If more than 7 dependents, mark an **X** in the box. [ ]

201001234555

For office use only

**NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM**

Your Social Security number: ███5181

REV 01/17/24 INTUIT.CG.CFP.SP

**Federal income and adjustments**

Whole dollars only

| # | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. | 60302.00 |
| 2 | Taxable interest income | .00 |
| 3 | Ordinary dividends | .00 |
| 4 | Taxable refunds, credits, or offsets of state and local income taxes (also enter on line 25) | .00 |
| 5 | Alimony received | .00 |
| 6 | Business income or loss (submit a copy of federal Schedule C, Form 1040) | .00 |
| 7 | Capital gain or loss (if required, submit a copy of federal Schedule D, Form 1040) | .00 |
| 8 | Other gains or losses (submit a copy of federal Form 4797) | .00 |
| 9 | Taxable amount of IRA distributions. If received as a beneficiary, mark an X in the box | .00 |
| 10 | Taxable amount of pensions and annuities. If received as a beneficiary, mark an X in the box | .00 |
| 11 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (submit copy of federal Schedule E, Form 1040) | .00 |
| 12 | Rental real estate included in line 11 | .00 |
| 13 | Farm income or loss (submit a copy of federal Schedule F, Form 1040) | .00 |
| 14 | Unemployment compensation | .00 |
| 15 | Taxable amount of Social Security benefits (also enter on line 27) | .00 |
| 16 | Other income  Identify: | .00 |
| 17 | Add lines **1 through 11** and **13 through 16** | 60302.00 |
| 18 | Total federal adjustments to income  Identify: | .00 |
| 19 | Federal adjusted gross income (subtract line 18 from line 17) | 60302.00 |

**New York additions**

| # | Description | Amount |
|---|---|---|
| 20 | Interest income on state and local bonds and obligations (but not those of NYS or its local governments) | .00 |
| 21 | Public employee 414(h) retirement contributions from your wage and tax statements | .00 |
| 22 | **New York's** 529 college savings program distributions | .00 |
| 23 | Other (Form IT-225, line 9) | .00 |
| 24 | Add lines **19 through 23** | 60302.00 |

**New York subtractions**

| # | Description | Amount |
|---|---|---|
| 25 | Taxable refunds, credits, or offsets of state and local income taxes (from line 4) | .00 |
| 26 | Pensions of NYS and local governments and the federal government | .00 |
| 27 | Taxable amount of Social Security benefits (from line 15) | .00 |
| 28 | Interest income on U.S. government bonds | .00 |
| 29 | Pension and annuity income exclusion | .00 |
| 30 | **New York's** 529 college savings program deduction/earnings | .00 |
| 31 | Other (Form IT-225, line 18) | .00 |
| 32 | Add lines 25 through 31 | .00 |
| 33 | **New York adjusted gross income** (subtract line **32** from line **24**) | 60302.00 |

**Standard deduction or itemized deduction**

| # | Description | Amount |
|---|---|---|
| 34 | Enter your **standard deduction or** your **itemized deduction** (from Form IT-196)  Mark an X in the appropriate box: [X] Standard  - or -  [ ] Itemized | 8000.00 |
| 35 | Subtract line 34 from line 33 (if line 34 is more than line 33, leave blank) | 52302.00 |
| 36 | Dependent exemptions (enter the number of dependents listed in item H) | 000.00 |
| 37 | **Taxable income** (subtract line 36 from line 35) | 52302.00 |

NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM

201002234555



| Name(s) as shown on page 1 | Your Social Security number | IT-201 (2023) Page 3 of 4 |
|---|---|---|
| NEAL W SERRINGER | XXX-XX-5181 | REV 01/17/24 INTUIT.CG.CFP.SP |

### Tax computation, credits, and other taxes

| | | | |
|---|---|---|---:|
| 38 | Taxable income (from line 37 on page 2) | 38 | 52302.00 |
| 39 | NYS tax on line 38 amount | 39 | 2713.00 |
| 40 | NYS household credit | 40 | .00 |
| 41 | Resident credit | 41 | .00 |
| 42 | Other NYS nonrefundable credits (Form IT-201-ATT, line 7) | 42 | .00 |
| 43 | Add lines 40, 41, and 42 | 43 | .00 |
| 44 | Subtract line 43 from line 39 (if line 43 is more than line 39, leave blank) | 44 | 2713.00 |
| 45 | Net other NYS taxes (Form IT-201-ATT, line 30) | 45 | .00 |
| 46 | Total New York State taxes (add lines 44 and 45) | 46 | 2713.00 |

### New York City and Yonkers taxes, credits, and surcharges, and MCTMT

| | | | |
|---|---|---|---:|
| 47 | NYC taxable income | 47 | .00 |
| 47a | NYC resident tax on line 47 amount | 47a | .00 |
| 48 | NYC household credit | 48 | .00 |
| 49 | Subtract line 48 from line 47a (if line 48 is more than line 47a, leave blank) | 49 | .00 |
| 50 | Part-year NYC resident tax (Form IT-360.1) | 50 | .00 |
| 51 | Other NYC taxes (Form IT-201-ATT, line 34) | 51 | .00 |
| 52 | Add lines 49, 50, and 51 | 52 | .00 |
| 53 | NYC nonrefundable credits (Form IT-201-ATT, line 10) | 53 | .00 |
| 54 | Subtract line 53 from line 52 (if line 53 is more than line 52, leave blank) | 54 | .00 |
| 54a | MCTMT net earnings base for Zone 1 | 54a | .00 |
| 54b | MCTMT net earnings base for Zone 2 | 54b | .00 |
| 54c | MCTMT for Zone 1 | 54c | .00 |
| 54d | MCTMT for Zone 2 | 54d | .00 |
| 54e | Total MCTMT (add lines 54c and 54d) | 54e | .00 |
| 55 | Yonkers resident income tax surcharge | 55 | .00 |
| 56 | Yonkers nonresident earnings tax (Form Y-203) | 56 | .00 |
| 57 | Part-year Yonkers resident income tax surcharge (Form IT-360.1) | 57 | .00 |
| 58 | Total New York City and Yonkers taxes / surcharges and MCTMT (add lines 54 and 54e through 57) | 58 | .00 |
| 59 | Sales or use tax (do not leave blank) | 59 | 0.00 |
| 60 | Voluntary contributions (Form IT-227, Part 2, line 1) | 60 | .00 |
| 61 | Total New York State, New York City, Yonkers, and sales or use taxes, MCTMT, and voluntary contributions (add lines 46, 58, 59, and 60) | 61 | 2713.00 |

See instructions to compute New York City and Yonkers taxes, credits, and surcharges.

See instructions to compute the MCTMT for each zone.

NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM

201003234555

Page 4 of 4  IT-201 (2023)  REV 01/17/24 INTUIT.CG.CFP.SP

Your Social Security number: 5181

| Line | Description | Amount |
|---|---|---|
| 62 | Enter amount from line 61 | 2713.00 |

**Payments and refundable credits**

| Line | Description | Amount |
|---|---|---|
| 63 | Empire State child credit | .00 |
| 64 | NYS/NYC child and dependent care credit | .00 |
| 65 | NYS earned income credit (EIC) | .00 |
| 66 | NYS noncustodial parent EIC | .00 |
| 67 | Real property tax credit | .00 |
| 68 | College tuition credit | .00 |
| 69 | NYC school tax credit (fixed amount) *(also complete F on page 1)* | .00 |
| 69a | NYC school tax credit (rate reduction amount) | .00 |
| 70 | NYC earned income credit | .00 |
| 70a | This line intentionally left blank | |
| 71 | Other refundable credits (Form IT-201-ATT, line 18) | .00 |
| 72 | Total **New York State** tax withheld | 2735.00 |
| 73 | Total **New York City** tax withheld | .00 |
| 74 | Total **Yonkers** tax withheld | .00 |
| 75 | Total estimated tax payments and amount paid with Form IT-370 | .00 |
| 76 | **Total payments** (add lines 63 through 75) | 2735.00 |

If applicable, complete **Form(s) IT-2** and/or **IT-1099-R** and submit them with your return.

**Do not send federal Form W-2 with your return.**

**Your refund, amount you owe, and account information**

| Line | Description | Amount |
|---|---|---|
| 77 | **Amount overpaid** (if line 76 is **more than** line 62, subtract line 62 from line 76) | 22.00 |
| 78 | Amount of line 77 **available for refund** (subtract line 79 from line 77) | 22.00 |
| 78a | Amount of line 78 that you want to deposit into a NYS 529 account (Form IT-195, line 4) (also submit Form IT-195) | .00 |
| 78b | Total refund after NYS 529 account deposit (subtract line 78a from line 78) | 22.00 |

TIP: Use this amount to check your refund status online.

Mark one refund choice: [ ] direct deposit to checking or savings account (fill in line 83)  - or -  [X] paper check

Refund? Direct deposit is the easiest, fastest way to get your refund.

See instructions for payment options.

| Line | Description | Amount |
|---|---|---|
| 79 | Amount of line 77 that you want applied to your 2024 estimated tax (see instructions) | .00 |
| 80 | Amount you owe (if line 76 is **less than** line 62, subtract line 76 from line 62). To pay by electronic funds withdrawal, mark an **X** in the box [ ] and fill in lines 83 and 84. If you pay by check or money order you **must** complete Form IT-201-V and mail it with your return. | .00 |
| 81 | Estimated tax penalty (include this amount in line 80 or reduce the overpayment on line 77) | .00 |
| 82 | Other penalties and interest | .00 |

See instructions for the proper assembly of your return.

83 Account information for direct deposit or electronic funds withdrawal.
If the funds for your payment (or refund) would come from (or go to) an account outside the U.S., mark an **X** in this box... [ ]

83a Account type: [ ] Personal checking  - or -  [ ] Personal savings  - or -  [ ] Business checking  - or -  [ ] Business savings

83b Routing number: _____   83c Account number: _____

84 Electronic funds withdrawal ... Date: _____   Amount: .00

**Third-party designee?** *(see instr.)*  Yes [ ] No [ ]
Print designee's name: 
Designee's phone number: (  )
Personal identification number (PIN):
Email:

**▼ Paid preparer must complete ▼** *(see instructions)*
Preparer's signature: SELF-PREPARED
Preparer's NYTPRIN: 
NYTPRIN excl. code:
Preparer's printed name:
Firm's name (or yours, if self-employed):
Preparer's PTIN or SSN:
Address:
Employer identification number:
Date:

**▼ Taxpayer(s) must sign here ▼**
Your signature:
Your occupation: PLUMBER
Spouse's signature and occupation (if joint return):
Date:
Daytime phone number: (914) 466 5031
Email: BETHSWORLD@YAHOO.COM

See instructions for where to mail your return.

201004234555



NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM



Department of Taxation and Finance

# Summary of W-2 Statements

New York State • New York City • Yonkers

**IT-2**

2023

REV 01/17/24 INTUIT.CG.CFP.SP

**Do not detach or separate** the W-2 Records below. File Form IT-2 as an entire page with your return. See instructions on the back.

## W-2 Record 1

**Box c Employer's information**
**Employer's name:** WARRINER SMITH INC
**Employer's address (number and street):** 1073 STATE ROUTE 94 STE 22
**City:** NEW WINDSOR  **State:** NY  **ZIP code:** 12553  **Country:**

**Box a Employee's Social Security number for this W-2 Record:** XXX-XX-5181
**Box b Employer identification number (EIN):** 134074778

| Box | Amount | Box | Amount | Code | Box | Amount | Description |
|---|---|---|---|---|---|---|---|
| Box 1 Wages, tips, other compensation | 60302.00 | Box 12a | .00 | | Box 14a | 275.00 | NY PFL |
| Box 8 Allocated tips | .00 | Box 12b | .00 | | Box 14b | 32.00 | VPDI |
| Box 10 Dependent care benefits | .00 | Box 12c | .00 | | Box 14c | .00 | |
| Box 11 Nonqualified plans | .00 | Box 12d | .00 | | Box 14d | .00 | |

Box 13  ☐ Statutory employee   ☐ Retirement plan   ☐ Third-party sick pay   ☐ Corrected (W-2c)

**NY State information:** Box 15a NY State: **NY**  Box 16a NYS wages, tips, etc.: 60302.00  Box 17a NYS income tax withheld: 2735.00
**Other state information:** Box 15b other state:   Box 16b Other state wages, tips, etc.: .00  Box 17b Other state income tax withheld: .00

**NYC and Yonkers information (see instr.):**
Box 18 Local wages, tips, etc. — Locality a: .00, Locality b: .00
Box 19 Local income tax withheld — Locality a: .00, Locality b: .00
Box 20 Locality name — Locality a: , Locality b:

---

## W-2 Record 2

**Do not detach.**

**Box c Employer's information**
**Employer's name:**
**Employer's address (number and street):**
**City:**  **State:**  **ZIP code:**  **Country:**

**Box a Employee's Social Security number for this W-2 Record:**
**Box b Employer identification number (EIN):**

| Box | Amount | Box | Amount | Code | Box | Amount | Description |
|---|---|---|---|---|---|---|---|
| Box 1 Wages, tips, other compensation | .00 | Box 12a | .00 | | Box 14a | .00 | |
| Box 8 Allocated tips | .00 | Box 12b | .00 | | Box 14b | .00 | |
| Box 10 Dependent care benefits | .00 | Box 12c | .00 | | Box 14c | .00 | |
| Box 11 Nonqualified plans | .00 | Box 12d | .00 | | Box 14d | .00 | |

Box 13  ☐ Statutory employee   ☐ Retirement plan   ☐ Third-party sick pay   ☐ Corrected (W-2c)

**NY State information:** Box 15a NY State: **NY**  Box 16a NYS wages, tips, etc.: .00  Box 17a NYS income tax withheld: .00
**Other state information:** Box 15b other state:   Box 16b Other state wages, tips, etc.: .00  Box 17b Other state income tax withheld: .00

**NYC and Yonkers information (see instr.):**
Box 18 Local wages, tips, etc. — Locality a: .00, Locality b: .00
Box 19 Local income tax withheld — Locality a: .00, Locality b: .00
Box 20 Locality name — Locality a: , Locality b:

**NO HANDWRITTEN ENTRIES ON THIS FORM**



102001234555

