Law Office of Michael D. Pinsky, P.C.
463 Canopy Forest Drive
Saint Augustine, Florida 32092
Tel: (845) 467-1602
Fax: (845) 684-0547
Email: michael.d.pinsky@gmail.com
Michael D. Pinsky, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:  Neal W. Serringer,                                        Chapter 7

                Debtor.                                        Case No. 24-36034 (KYP)

-----------------------------------------------------------x
David Appelbaum,

                Plaintiff,                                        Adversary Proceeding
    -vs-
                                                                                                    No. 25-09000 (KYP)
Neal W. Serringer,

                Defendant.
-----------------------------------------------------------x

## ANSWER

Debtor and defendant Neal W. Serringer (the "Debtor") now answers the amended complaint (the "Complaint") [ECF Dkt. No. 8] in this proceeding, and avers as follows:

1. Deny that the Plaintiff's claim is secured [Complaint ¶ 5].

2. Admit that in 2015 the Debtor's ex-wife's interest in North River Studios, Inc. was transferred to the Debtor in the parties' matrimonial action. Otherwise deny Complaint ¶ 10.

3. State that the failure to schedule the Debtor's interest in North River Studios, Inc. was an inadvertent oversight, as North River Studios, Inc. has had no assets and has done no business since 2013.

4. Admit that the Debtor and (on information and belief) his siblings received distributions

1

from the sale of Debtor's deceased father's home. Deny that the bankruptcy schedules and statements required the Debtor to disclose that distribution, and otherwise deny Complaint ¶ 14.

5. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of Complaint ¶¶ 16 and 17. The Debtor does not have and believes he was not previously provided with a copy of any trust document(s). Debtor has not served as a trustee of any such trust.

6. Deny that property records are attached to the Complaint and therefore deny Complaint ¶ 18.

7. Deny Complaint ¶¶ 19 – 21.

8. Deny that the bankruptcy schedules and statements required the Debtor to disclose the Richard Serringer Living Trust and related property and sale, and otherwise deny Complaint ¶ 22.

9. Deny Complaint ¶¶ 23 – 41.

WHEREFORE, Debtor seeks the entry of judgment dismissing this adversary proceeding, and for such other and further relief as is just and proper.

Dated: Saint Augustine, Florida
July 29, 2025

        Law Office of Michael D. Pinsky, P.C.

By:   /s/ Michael D. Pinsky
      Attorney for Debtor
      463 Canopy Forest Drive
      Saint Augustine, Florida 32092
      Tel: (845) 467-1602
      Fax: (845) 684-0547
      Email: michael.d.pinsky@gmail.com